IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


DNS AUTO GLASS SHOP, LLC A/A/O
SELENE WASHINGTON,

      Appellant,

 v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM
FIRE AND CASUALTY COMPANY,
AND STATE FARM GENERAL INSURANCE
COMPANY,

      Appellees.

Case No.  5D21-1894
LT Case No. 2020-SC-004385

_____/

Opinion filed February 3, 2023

Nonfinal Appeal from the County
Court for Seminole County,
James J. DeKleva, Judge.

Chad A. Barr, of Chad Barr Law,
Altamonte Springs, for Appellant.

Kurt T. Koehler, of Cole, Scott &
Kissane, P.A., Jacksonville, for
Appellees.

PER CURIAM.

The trial court's order transferring venue under section 47.122, Florida Statutes (2021), is affirmed. Based upon the transcript that Appellee submitted below of the deposition of its insured, who is a material witness, the court did not abuse its discretion in granting Appellee's motion to transfer venue. *See Cohen v. Scarnato*, 270 So. 3d 410, 412 (Fla. 4th DCA 2019) (applying the abuse of discretion standard of review to a trial court's order transferring venue under section 47.122).

We do, however, remand this case to the trial court with directions that the court amend its order to assess accrued costs against Appellee. *See* § 47.191, Fla. Stat. (2021) ("No change of venue shall be granted except on condition that the movant, unless otherwise provided by the order of transfer, shall pay all costs that have accrued in the action including the required transfer fee."). The amended order shall set forth a reasonable period of time for Appellee to pay these costs.

AFFIRMED; REMANDED with directions.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.